AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| CHURCH OF GOD IN CHRIST, INC., et. al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-03029-MSN |
| MOSES TYSON JR. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

**CHURCH OF GOD IN CHRIST, INC., et. al**

Date: 11/11/25

s/Taurus Bailey
*Attorney's signature*

Taurus Bailey #24303 TN
*Printed name and bar number*

44 N. SECOND STREET SUITE 502
Memphis, TN 38103
*Address*

tbaileylawoffice@gmail.com
*E-mail address*

901-550-0449
*Telephone number*

901-575-8702
*FAX number*