GEN COUNSEL SAFFOLD: PLZ SEE SUN NITE INTERVIEW WITH THE JUICE TALK SHOW & PLZ AFFIRM OR NOT IF MY "VIEWS AS TO OUR LEGAL SET UPS" ARE CORRECT, AS IT RELATES TO THE NON AUTHORITY COGIC INC HAS OVER LOCAL CHURCH NON PROFIT ORGANIZATIONS!!!!
External
Inbox



**Moses Tyson Jr <mosestysonjr@hotmail.com>**                    Wed, Oct 29,
                                                                2:35 PM (6 days ago)

to me, lfthuston@gmail.com, Chairman, Bishop, Bishop, Bishop, pastorjwm@aol.com, Clarence, Elijah, bbporter@bellsouth.net, dlinwood2002@yahoo.com, c.h.mcclelland@sbcglobal.net, Gerald, Kym, plwsr@nc.rr.com, Elder, Felicia, Jay, normanharper@comcast.net, alrivers49@gmail.com, GRAYLING, nbullock1476@comcast.net, scirater, yamscenter@gmail.com, Darnell, Bishop, kenneth, pdjefferson@gmail.com, gwesleyhardy2@gmail.com, Herbert, Herbert, greaterpaget@gmail.com, Darrell, Dorothy, Jubbar, Bishop, Larry, jameswright41@aol.com, carlunity@aol.com, Carlin, Peter, dwightewallssr@yahoo.com, Chief, rdmott, jarius@sbcglobal.net, Pastor, wjbillups2013@gmail.com, Douglass, pastordherron@aol.com, Chandra, dbogan1710@comcast.net, pastorjlogan@gmail.com, JeVon, Bishop, bishop, Sybil, Shouting, Prince, mjenkins25250@yahoo.com, Terrance, Zack, K, Frank, dlockwoodsr@gmail.com, BISHOP, Charles, drcurtisedaniel@gmail.com, Mother, prayertabernacle@aol.com, libertywsw@aol.com, Bishoprljones@comcast.net, Ford, Roland, supvbml@aol.com, Earl, coogary1@aol.com, III, Frances, Michael, Pastor, highwaycogic@aol.com, Timothy, bishopjlkj@gmail.com, GWENDOLYN, Gregory, Leslie, Mashona38@yahoo.com, bishoproydixon.4th@gmail.com, Bishop, Cedric, Quay

Https://youtu.be/kDfuxaiUOS4?si=m4TmG8oLfQuwB7-y (CLICK ON LINK TO SEE SUN NITE THE JUICE TALK SHOW INTERVIEW WITH MOSES TYSON JR)!

Dear General Counsel Saffold, Chairman Bishop Thuston, Chairman Micheal Eaddy,  Sec Bishop Porter, Chairman Bishop Murray & Bishop Kyles:

It is so sad to me that rather than the National Church working together with those of us who "KNOW" the legal realities as it relates to who control local church organizations "business", our Leadership has chosen to rather and 'TRY AND DESTROY" me, for just sharing my understanding and "FACTUAL" knowledge in the matter.  God willing, tomorrow evening 7:30 PM, EST*, I will be giving an in-depth interview with The Juice Talk Show, via YouTube/ Facebook.*

Chairman Eaddy, unfortunately your role in Bishop Kyle's "ABUSE", there in Houston Texas forbids me from asking for your help, in making sure our people "KNOW" their RIGHTS.  *However, thankfully we have "BLOGGERS" who are concerned about some of the "ABUSE" they are witnessing in COGIC, via King Jives & the late "Cussing Pastor's", consistent shedding light on various abuse cases*.  Now as you will see, I will expand my social media base and go to CNN and or other networks, "AFTER", I am sued by COGIC INC, per the pending DRAFT being "FILED", by Gen Counsel Saffold's, The Presiding Bishop & General Board's attorney, there in Memphis.  In fact, I told Mr. Bailey, I would pick up the LAWSUIT, next week since I will be in Memphis, God willing.

*In fact, there is NOTHING, that can "STOP" a "LOCAL PASTOR" and or "CEO/PRESIDENT", of a "LOCAL CHURCH ORG", from appointing a "leading Pastor", of their church, WITHOUT ANY BISHOP signing off on the Action.  The Jurisdictional Bishop is really just a "SUPERVISOR" for the National Organization, whose primary job is to "COLLECT DUES", and of course "MANAGE" as best they can to keep a "GRIP", over local congregations for the National.  However, in the end, IT'S ONLY A FELLOWSHIP RELATIONSHIP!!!!!*

As it relates to "SUCCESSIONS", as you will see we are going to "STRESS", the need for us all to talk about WHO TAKES OVER when the Leader Dies.  Usually, and especially because we have so many small Jurisdictions, the "successor" is already sitting in the local church.  Why not poll the members periodically, to see who they "see as a successor".  Would not the members KNOW, who they feel is best to "FEED THEM" their "WORD"?  Would not they know best, who they could "TRUST" to be their counselor in the time of trouble, better than a 3rd party outsider?  These are conversations that hopefully our FORUMS, that we are going to set up, will engage in, so our people can be helped in an organized and concise way.

Many members have no clue as to how their "DEEDS" are set up.  I have experiences where when the Pastor died, the church was paid for by the people, but the DEEDS were not in the Church's name, and the family "threw out the congregation" and sold the property.  This ought not be.  Sis. Jackson in Little Rock Ca, lost their local church property as it was sold, by the replacement pastor, appointed by the Bishop.  When they went to the Bishop for help, he ignored their plight, and now their paid for church has been SOLD and they now worship "online".

The West Side matter, which is yet ongoing, given Bishop Green's lawsuits against me and others, and the fact that he lost already on the majority of them, but is now appealing to my understanding*: that entire case was the result of "FRAUD, LIES & ABUSE", by our Leadership & you Gen Counsel Saffold*.  The files can easily prove my factual statement*.  In fact sir, you all asked the "COURT" to throw West Side Local Membership and the CEO/ PASTOR, Elder Watts out of "THEIR LOCALLY OWNED PROPERTY", and told the court, COGIC INC, OWNED THE PROPERTIES!  Yet, I have a text from you, where you "AFFIRMED" that you "KNEW" COGIC INC, do not own our local church properties.  Due to the "LIES" you all involved filed in court, West Side's legal bills are way in excess of $350,000.00 right now, and you all refused to pay it, per the MRC report, where such actions were possible.*

*General Counsel Saffold sir, I regret rather than just be honest, OUR LEADERSHIP chose to continue down the "FRAUD ROAD" and then use "INTIMIDATION TACTICS" to try and "SHUT UP" those who are not afraid to "STAND ON TRUTH".  The cops were called on me in Fort Worth when the Legal Pastor, Bishop Sample invited me into his local church office, and the "FRAUDULENT APPOINTMENT PAPER", the Presiding Bishop & Bishop McClelland gave to the Elder, LYING SAYING he is the Pastor of Holy Tabernacle, was used to secure a fraudulent CTW against me, of which I have had to retain an attorney to get it lifted, by showing that INDEED, you Gen Counsel Saffold, Bishop Sheard & Bishop McClelland, actions are indeed "ILLEGAL, FRAUDULENT & DOWN RIGHT WICKED.  This should NOT be happening, but because in my opinion, your consciousness is "WAXED FROZEN", you fell nothing of the ABUSE you are engaging in against Bishop Sample, nor Bishop Kyles.  There are others, but them are the main two, I am focused on right now in this note to you!*

Anyway, God bless you all, and "IF" anything I said in this attached interview is not correct, PLEASE let me know, so I can correct it. I am making "SURE" that my statements are backed by the "LAWS & LEGAL DOCUMENTED BEHAVIOR", of those involved in these various "UNGODLY MATTERS". Again, Gen Counsel Saffold sir, I will pick up the Lawsuit next Week in Memphis, should you desire so we can "GET IT OVER WITH" asap. I think by going to a FEDERAL COURT, such an action will "ASSIST", in making sure OUR PEOPLE get the INFORMATION on how to protect themselves, from 3rd Party Local Church Properties & Local Non Profit Organizations, "PREDATORS".

Chairman Bishop Thuston sir: I think it's time we tell the "SAINTS THE TRUTH". Bottom line, a local church DO NOT NEED a "BISHOP" to appoint a PASTOR, especially when a "REPLACEMENT" is the issue. "OF COURSE", I am not suggesting wiping that out, BUT it is not a MUST! The local church non-profit organization as you well know sir, has no LEGAL TIES, to Memphis Inc. No National Officers are on the bank accounts, deeds or bills and they have no responsibility for the SOLVENCY of the local churches !

 In fact, sir, other than "FOR THE RIGHT TO VOTE" in the GA, a Pastor don't even have to have a COGIC CARD. I say that as it relates to the LEGAL RELATIONSHIP between the local church organization of which the Pastor may also be the CEO/ PRES of the non-profit local church organization. In other words, the CEO & PASTOR could be 2 different people. It's time we "TELL THE SAINTS THE TRUTH", so we can avoid and minimize future damages to others. I had been hoping for the last many years we could work together on "educating our saints", but some of you wanted to keep the "OPPESSION APPROACH", it appears. I look forward to going to the FEDERAL COURT, so we can finally hash these "FACTS OUT". Gen Counsel Saffold, I believe is going to see once and for all, I am not spreading ERONEOUS INFORMATION, but LEGAL FACTS! Right now, is a Local Membership, along with their Board of Directors/ Trustee Board, voted to make "THEIR DRUMMER", the PASTOR, COGIC INC, Officials, have NO LEGAL RIGHT to stop THEIR ACTIONS~! Let's go see the Judge and test out these "FACTS"!