**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

CHURCH OF GOD IN CHRIST, INC.,
BOARD OF DIRECTORS *also known as*
General Board of Church of God in
Christ, Inc, and JONATHAN SAFFOLD,
JR *Individually and General Counsel of
Church of God in Christ, Inc*,

     Plaintiffs,

v.                                                                        Case No. 2:25-cv-03029-MSN-cgc

MOSES TYSON, JR.,

     Defendant.

---

**NOTICE OF APPEARANCE**

---

Please take notice that the undersigned, ROBERT E. FELTS, BPR No. 042052, of hereby

enters an appearance on behalf of Defendant, Moses Tyson, Jr. All notices and pleadings should

be sent to the address below.

                                          */s/ Robert E. Felts*_____
                                          Robert E. Felts (TN BPR #042052)
                                          70 N. Ocoee Street
                                          Cleveland, TN 37311
                                          Telephone: (423) 322-9887
                                          Facsimile: (423) 717-5564
                                          E-mail: rfelts13@gmail.com

                 *[Remainder of page intentionally left blank]*

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

This the 11th day of December, 2025.


BY:    /s/ *Robert E. Felts*
           Robert E. Felts – TNBPR: 042052