IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE WESTERN DIVISION

---

**CHURCH OF GOD IN CHRIST, INC.**
**individually, and;**

**BOARD OF DIRECTORS also known as**
**GENERAL BOARD OF CHURCH OF**
**GOD IN CHRIST, INC.**

**JONATHAN SAFFOLD, JR., individually and as**
**GENERAL COUNSEL OF CHURCH OF**                  No: 2:25-cv-03029-MSN
**GOD IN CHRIST, INC.**

**Plaintiffs,**

vs.

**MOSES TYSON, JR.**

**Defendant.**

---

### NOTICE OF SERVICE OF RULE 11 MOTION FOR SANCTIONS

---

Come now Plaintiffs Church of God in Christ, Inc., the General Board of Church of God in Christ, Inc., and Jonathan Saffold, Jr., by and through undersigned counsel, who hereby give notice that, pursuant to Federal Rule of Civil Procedure 11(c)(2), Plaintiffs have served upon Defendant Moses Tyson, Jr., and his counsel of record a Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 and the Court's Inherent Authority.

The Motion for Sanctions has been served but has not been filed with the Court at this time, in accordance with Rule 11's mandatory safe-harbor provision.

Pursuant to Rule 11(c)(2), Defendant and his counsel are hereby afforded twenty-one (21) days from the date of service of the Motion for Sanctions to withdraw or appropriately correct the challenged filing.

If the challenged filing is not withdrawn or corrected within the twenty-one (21) day safe-harbor period, Plaintiffs will file the Motion for Sanctions with the Court and seek appropriate relief.

Respectfully submitted,

__s/Taurus Bailey_____
Taurus M. Bailey (#24303)
Walter L. Bailey, Jr. (#4868)
BAILEY & BAILEY, PLLC
44 N. 2nd Street, Suite 502
Memphis, TN 38103
901-575-8702
taurus@baileybaileylaw.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, Taurus Bailey, declare as follows:

On March 16, 2026, I caused to be served upon Defendant, through his counsel of record, Robert Felts and Robert Mactavish, by electronic mail at rfelts13@gmail.com and Robert.Mactavish@LLGNational.com, the following document(s): Plaintiffs' Motion for Sanctions Pursuant To Fed. R. Civ. P. 11 And The Court's Inherent Authority.

__s/Taurus Bailey_____
Taurus Bailey, Attorney At Law