# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
## DISTRICT OF TENNESSEE WESTERN DIVISION

**CHURCH OF GOD IN CHRIST, INC.**
**individually, and;**

**BOARD OF DIRECTORS also known as**
**GENERAL BOARD OF CHURCH OF**
**GOD IN CHRIST, INC.**

**JONATHAN SAFFOLD, JR., individually and as**
**GENERAL COUNSEL OF CHURCH OF**                    **No: 2:25-cv-03029-MSN**
**GOD IN CHRIST, INC.**

**Plaintiffs,**

**vs.**

**MOSES TYSON, JR.**

**Defendant.**

---

### ORDER DENYING PLAINTIFFS' MOTION FOR RULE 11 SANCTIONS

---

Before the Court is Plaintiffs' Motion for Rule 11 Sanctions. Defendant filed a Response in Opposition. Having considered the motion, the response, the record, and the applicable law, the Court finds that the motion is not well-taken.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Rule 11 Sanctions is **DENIED.**

**IT IS SO ORDERED** this ___ day of _____, 2026.

 

 

_____
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE