**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

CHURCH OF GOD IN CHRIST, INC.,
BOARD OF DIRECTORS *also known as*
General Board of Church of God in Christ, Inc,
and JONATHAN SAFFOLD, JR *Individually and*
*General Counsel of Church of God in Christ, Inc*,

      Plaintiffs,

v.                                                                    Case No. 2:25-cv-03029-MSN-cgc

MOSES TYSON, JR.,

      Defendant.

---

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY**

---

Before the Court is Plaintiffs' Amended Motion for Leave to File Reply (ECF No. 34, "Motion"), filed April 14, 2026.  Therein, Plaintiffs ask that they be permitted to file a reply in support of their Motion for Sanctions (ECF No. 29).  In the body of the Motion and the Certificate of Consultation, Plaintiffs represent that the Defendant informed them of his opposition.  (ECF No. 34 at PageID 473.)  No opposition, however, has been filed, and the time to do so has expired.  Further, Local Rule 7.2(a)(2) provides that "[f]ailure to respond timely to any motion . . . may be deemed good grounds for granting the motion."

Accordingly, Plaintiffs' Motion is **GRANTED**.  Plaintiffs shall file their reply separately on the docket within seven (7) days of the date of this Order.

**IT IS SO ORDERED**, this 29th day of April, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE