**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

CHURCH OF GOD IN CHRIST, INC.,
BOARD OF DIRECTORS *also
known as* General Board of Church of
God in Christ, Inc, and JONATHAN
SAFFOLD, JR *Individually and
General Counsel of Church of God in
Christ, Inc*,

      Plaintiffs,

v.

MOSES TYSON, JR.,

      Defendant.

Case No. 2:25-cv-03029-MSN-cgc

---

**NOTICE OF RELATED FILING IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

---

Please take notice that on May 19, 2026, Eli Lilly and Company filed suit in the United States District Court Southern District of Florida (Case 1:26-cv-23516-FAM Dkt. 1) against several drug wholesale companies and several individuals alleging a fraudulent prescription drug program that Lilly claims bilked it out of over $200 million dollars for sham rebates. Some of the individual named defendants have extensive ties with COGIC, including at least one individual member of the COGIC Board of Directors (Jerry Maynard, Sr.). Eli Lilly's lawsuit alleges common law fraud, civil conspiracy to commit fraud, negligent misrepresentation, unjust enrichment, and money had and received. The suit alleges that the fraud scheme involved the named defendants using the large COGIC membership to participate in a prescription cost share program in order to purchase enormous quantities of Trulicity

prescription medications and then seek rebates from Lilly for purported utilization of the medication, filtering the rebate claims through a series of intermediaries, and in so doing, Defendants represent that the medication has been dispensed to patients. However, Lilly's suit alleges the Defendants did not dispense to patients anything near the volume of Trulicity they claim as the vast majority of the prescriptions, use, and patients identified in the rebate submissions are fictional. The suit alleges that instead, the Defendants resell this medication to pharmaceutical wholesalers on the secondary market, causing Lilly to pay for fraudulent rebates. Lilly estimates it was duped out of over $200 million through this fraudulent scheme.

Although COGIC has issued a public statement denying knowledge or participation in the acts alleged in the Lilly suit, several of the individual defendants in that suit are affiliated with COGIC and one is on the COGIC Board of Directors. Thus, undersigned counsel felt it necessary to bring this related development to the Court's attention.

Respectfully Submitted,
**LENTO LAW GROUP, P.C.**

Robert S. Mactavish, Esquire
Phoenix Corporate Tower
3003 N. Central Avenue
Suite 685
Phoenix, AZ 85012
P: 575-517-6542
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 8th day of June, 2026.

Robert S. Mactavish, Esquire
*Attorney for Defendant*