**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

CHURCH OF GOD IN CHRIST, INC.,
BOARD OF DIRECTORS *also known as*
General Board of Church of God in
Christ, Inc, and JONATHAN SAFFOLD,
JR *Individually and General Counsel of*
*Church of God in Christ, Inc*,

      Plaintiffs,

v.                                                                     Case No. 2:25-cv-03029-MSN-cgc

MOSES TYSON, JR.,

      Defendant.

---

**NOTICE OF FINAL JUDGMENT FOLLOWING JURY VERDICT FOR DEFENDANT IN**
**RELATED CASE IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT, IN AND**
**FOR ESCAMBIA COUNTY, FLORIDA**

---

Please take notice that on April 23, 2026, a Final Judgment was issued by the Honorable Circuit Court Judge Jennifer J. Frydrychowicz in the Circuit Court of the First Judicial Circuit, in and for Escambia County, Florida in the case of Willie C. Green v. Moses Tyson, Jr. This Final Judgment reflected a verdict in favor of the Defendant on all counts of alleged defamation following a jury trial from March 30, 2026 to April 1, 2026. (See Final Judgment, attached).

Although Bishop Willie C. Green is not currently a member of the COGIC Board of Directors, he did testify at the motion hearing before this Court on January 6, 2026. He was presented by the Plaintiffs as an alleged victim of Defendant Tyson's alleged defamation. Thus, undersigned counsel felt it relevant and necessary to bring this related development of a verdict for the defendant and against Plaintiff Green to the Court's attention.

Respectfully Submitted,
**LLG NATIONAL LAW GROUP**

Robert S. Mactavish, Esquire
Phoenix Corporate Tower
3003 N. Central Avenue
Suite 685
Phoenix, AZ 85012
Robert.mactavish@llgnational.com
P: 575-517-6542
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 24th day of July, 2026.

Robert S. Mactavish, Esquire
*Attorney for Defendant*