**IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT,
IN AND FOR ESCAMBIA COUNTY, FLORIDA
CIVIL DIVISION**

WILLIE C. GREEN,
      Plaintiff,

v.

MOSES TYSON, JR.
      Defendants.

_____/

CASE NO.:   2021 CA 2710
DIVISION:  N

**FINAL JUDGMENT**

     **THIS MATTER** came before the Court following a jury trial that ended on April 1, 2026, with a jury verdict having been entered in favor of the Defendant on all counts. Accordingly, it is hereby

     **ORDERED AND ADJUDGED** as follows:

1.    Final Judgment is entered as to sole remaining Defendant, Moses Tyson, Jr.

2.    Plaintiff, Willie C. Green, shall take nothing by this action as to Defendant Moses Tyson, Jr., and said Defendant shall go hence without day.

3.    The Court reserves jurisdiction on the issue of attorney fees and costs and all further issues related to enforcement of this Judgment.

     **DONE AND ORDERED** in Chambers at Pensacola, Escambia County, Florida.

04/23/2026 10:05:01
2021 CA 002710

signed by CIRCUIT COURT JUDGE JENNIFER J FRYDRYCHOWICZ 04/23/2026 10:05:01 YseoyTbC

JENNIFER J. FRYDRYCHOWICZ
Circuit Court Judge

**Parties will receive service from the Court at the e-mail designations on the service list of the e-Portal. The attorney/movant shall effectuate service upon any party not registered on the service list of the e-Portal and file a Certificate of Compliance within five (5) business days.**

Copies to:
*Pro Se* Plaintiff
Robert Mactavish, Attorney for Defendant